### No. 11-6573. Donald G. Jones, Petitioner v. Whitney Holding Corporation, et al.

565 U.S. 1051, 132 S. Ct. 773, 181 L. Ed. 2d 476, 2011 U.S. LEXIS 8453.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

### No. 11-6616. Paul Blackmer, Petitioner v. Social Security Administration.

565 U.S. 1051, 132 S. Ct. 799, 181 L. Ed. 2d 476, 2011 U.S. LEXIS 8445.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the First Circuit dismissed. See Rule 39.8.

### No. 11-6617. Larry Lee Butler, Petitioner v. Rick Thaler, Director,

### Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1051, 132 S. Ct. 776, 181 L. Ed. 2d 476, 2011 U.S. LEXIS 8319.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

### No. 11-6645. Maxwell R. Joelson, Petitioner v. Department of Justice, et al.

565 U.S. 1052, 132 S. Ct. 777, 181 L. Ed. 2d 476, 2011 U.S. LEXIS 8347.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.